7/08/13 5:19PM

Last revised 12/1/11

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:  **Veronica A Wesley**  
**Allen David Wesley**

Case No.:  
Judge:  
Chapter: **13**

Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

■ Original   ☐ Modified/Notice Required   ☐ Discharge Sought  
☐ Motions Included   ☐ Modified/No Notice Required   ☐ No Discharge Sought

Date: _____

THE DEBTOR HAS FILED FOR RELIEF UNDER CHAPTER 13  
OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED  
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN  
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

**Part 1: Payment and Length of Plan**

a. The Debtor shall pay __510.23 Monthly__ to the Chapter 13 Trustee, starting on ___ for approximately **60** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:

   ■   Future Earnings

   ☐   Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

   ☐   Sale of real property  
       Description:  
       Proposed date for completion: _____

   ☐   Refinance of real property  
       Description:  
       Proposed date for completion: _____

   ☐   Loan modification with respect to mortgage encumbering property  
       Description:  
       Proposed date for completion: _____

d.   ☐   The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e.    ☐    Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection**

     a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

     b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Candyce I. Smith-Sklar ~90828** | **Attorney Fees** | **1,700.00** |
| **City of Trenton Tax Office** | **Taxes and certain other debts** | **652.50** |
| **City of Trenton Tax Office** | **Taxes and certain other debts** | **4,071.43** |

**Part 4: Secured Claims**

  **a. Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Chase Manhattan Mortgage** | 183 Rosemount Avenue Trenton NJ 08618 12months behind 600/month own 30,000 | 6,284.00 | 0.00 | 6,284.00 | 584.00 |
| Hsbc/rs | 203 Buckingham Ave Trenton NJ Oct-Dec behind 1500/month | 6,999.00 | 0.00 | 6,999.00 | 1,500.00 |

  **b. Modification**

    1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

2

| NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
| HSBC/rs | 203 Buckingham Ave Trenton NJ Oct-Dec behind 1500/month | 29,484.00 | 175,000.00 | Hsbc/rs - 221,096.00 Judgment Lien Brad D. Layton/ JPMorgan Chase - 19,595.96 | No value | N/A | 0.00 |
| Wfs Financial/Wells Fargo Dealer Srvs | 2005 Audi 95000 MILES 369/month wells fargo bank | 16,616.00 | 8,000.00 | None | 8,000.00 | 4.00 | 8,763.66 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

   c. **Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Rent Connections** | **Time share** | 5,000.00 | 2,014.97 |

   d. **Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| **Lakeland Bank** |

   e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **JPMorgan Chase Bank** | **183 Rosemount Ave For Notice Purposes Only** | 0.00 |

**Part 5: Unsecured Claims**

   a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

   ____  Not less than $____ to be distributed *pro rata*

   ____  Not less than ___ percent

   __x__  Pro rata distribution from any remaining funds

   b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

3

**Part 6: Executory Contracts and Unexpired Leases**

All executory contracts and unexpired leases are rejected, **except** the following, which are **assumed:**

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **-NONE-** | | |

**Part 7: Motions**

> **NOTE: All plans containing motions must be served on all potentially affected creditors, together with a Chapter 13 Plan Transmittal Letter, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Proof of Service must be filed with the Clerk of Court when the Plan and Transmittal Letter are served.**
>
> **Where a motion to avoid liens or partially avoid liens has been filed in the plan, a proof of claim filed that asserts a secured claim that is greater than the amount to be paid in the plan serves as opposition to the motion, and serves as an objection to confirmation. The proof of claim shall be served in accordance with D.N.J. LBR 3015-6(a). The creditor shall file a proof of service prior to the scheduled confirmation hearing. In order to prosecute the objection, the creditor must appear at the confirmation hearing, which shall be the hearing on the motion. Failure to appear to prosecute the objection may result in the motion being granted and the plan being confirmed pursuant to the terms as set forth in the plan**.

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **Brad D. Layton/ JPMorgan Chase** | **203 Buckingham Ave Trenton NJ Oct-Dec behind 1500/month** | **Judgment Lien** | 19,595.96 | 175,000.00 | 0.00 | 250,580.00 | 19,595.96 |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **HSBC/rs** | 203 Buckingham Ave Trenton NJ Oct-Dec behind 1500/month | 29,484.00 |
| **JPMorgan Chase Bank** | 183 Rosemount Ave For Notice Purposes Only | 0.00 |

4

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| Wfs Financial/Wells Fargo Dealer Srvs | 2005 Audi<br>95000 MILES<br>369/month<br>wells fargo bank | 8,000.00 | 8,616.00 |

**Part 8: Other Plan Provisions**

    a. **Vesting of Property of the Estate** Property of the Estate shall revest in the Debtor:

        __X__ Upon Confirmation

        ____ Upon Discharge

    b. **Payment Notices** Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution** The Trustee shall pay allowed claims in the following order:

        1)    Trustee Commissions

        2)    **Other Administrative Claims**

        3)    **Secured Claims**

        4)    **Lease Arrearages**

        5)    **Priority Claims**

        6)    **General Unsecured Claims**

    d. **Post-petition claims** The Trustee is ■, is not ☐ authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9 : Modification**

If this plan modifies a plan previously filed in this case, complete the information below.

Date of Plan being modified:

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
|  |  |
| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes      ☐ No |

**Part 10: Sign Here**

    The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

5

Date **July 8, 2013**                                **/s/ Candyce I. Smith-Sklar**
                                                     **Candyce I. Smith-Sklar**
                                                     Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date **July 8, 2013**                   Signature    **/s/ Veronica A Wesley**
                                                     **Veronica A Wesley**
                                                     Debtor

Date **July 8, 2013**                   Signature    **/s/ Allen David Wesley**
                                                     **Allen David Wesley**
                                                     Joint Debtor

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 13-24929-RTL
Veronica A Wesley                                               Chapter 13
Allen David Wesley
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: gnau                  Page 1 of 3                  Date Rcvd: Jul 09, 2013
                              Form ID: pdf901             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2013.
db/jdb        +Veronica A Wesley,    Allen David Wesley,    203 Buckingham Avenue,    Trenton, NJ 08618-3315
514061006     +A Division of Federated Credit Services,,    2775 Cruse Road STE 701,
                Lawrenceville, GA 30044-7142
514061007     +American Express,    American Express Special Research,    Po Box 981540,   El Paso, TX 79998-1540
514061009     +Apex Asset Management LLC,    2501 Oregon Pike Ste 102,    Lancaster, PA 17601-4890
514061010     +Aspire,   Pob 105555,    Atlanta, GA 30348-5555
514061012     +AtlantiCare Regional Medical Center,    PO Box 786361,    Philadelphia, PA 19178-6361
514061011     +Atlantic Federal Cred,    P.o. Box 618,   Kenilworth, NJ 07033-0618
514061013      Barclays Bank Delaware,    Attention: Bankruptcy,   Po Box 1337,    Philadelphia, PA 19101
514061014     +Beneficial,    PO Box 4153,   Carol Stream, IL 60197-4153
514061015     +Brad D. Layton/ JPMorgan Chase,    900 U.S. Highway 9 North, Suite 600,
                Woodbridge, NJ 07095-1003
514061022     +CMHS,   Box H-1,    100 Straube Center Boulevard,   Pennington, NJ 08534-1468
514061016     +Cap One,   Po Box 5253,    Carol Stream, IL 60197-5253
514061017     +Cap One Na,    Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
514061018     +Capital 1 Bank,    Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
514061019     +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
514061020     +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    3415 Vision Dr. Mail Code: Oh4-7133,
                Columbus, OH 43219-6009
514061021     +City of Trenton Tax Office,    PO Box 210,   Trenton, NJ 08602-0210
514061023     +Comenity Capital/venue,    Po Box 182273,   Columbus, OH 43218-2273
514061025    ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    1 Dell Way,   Round Rock, TX 78682)
514061026     +Eastern Account System,    Po Box 837,   Newtown, CT 06470-0837
514061027     +F.C.B.,   2775 Cruse Road Ste 701,    Lawrenceville, GA 30044-7142
514061028     +Genpsych, PC,    981 US Highway 22, 2nd Floor,   Bridgewater, NJ 08807-2946
514061029     +Hfc - Usa,    Po Box 9068,   Brandon, FL 33509-9068
514061030     +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
514061031     +Hsbc services,    Po Box 71104,   Charlotte, NC 28272-1104
514061032     +Hsbc/rs,   Attn: Bankruptcy Department,    Po Box 5263,   Carol Stream, IL 60197-5263
514061034     +JPMorgan Chase Bank,    c/o Powers Kirn, LLC,   728 Marne Highway,   Suite 200,
                Moorestown, NJ 08057-3128
514061035      JPMorgan Chase Legal Dept.,    900 U.S. Highway 9 North,   Suite 600,   Woodbridge, NJ 07095-1003
514061036     +Juniper/Card Services,    PO Box 13337,   Philadelphia, PA 19101-3337
514061037    ++LADCO LEASING,    7300 CHAPMAN HIGHWAY,   KNOXVILLE TN 37920-6612
              (address filed with court: Ladco Leasing,    555 St Charles Dr,   Suite 200,
                Thousand Oaks, CA 91360)
514061038     +Lakeland Bank,    250 Oak Ridge Rd,   Oak Ridge, NJ 07438-8998
514061039    #+National Financial Group, Inc,    6110 Executive Blvd Suite 100,   Rockville, MD 20852-3928
514061040     +Njm Bank Fsb,    301 Sullivan Way,   West Trenton, NJ 08628-3406
514061041     +PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
514061042     +Rent Connections,    A Division of Federated Credit Services,    2775 Cruse Road Ste 701,
                Lawrenceville, GA 30044-7142
514061043     +Wellsfargo,    800 Walnut St,   Des Moines, IA 50309-3605
514061044     +Wfs Financial/Wells Fargo Dealer Srvs,    Po Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: leah.bynon@usdoj.gov Jul 09 2013 21:33:22     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2013 21:33:21     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514061024     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 09 2013 21:32:40     Credit Collections Srv.,
                Po Box 9134,   Needham, MA 02494-9134
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514061008*    +American Express,    American Express Special Research,    Po Box 981540,   El Paso, TX 79998-1540
514061033*    +HSBC/rs,   Attn: Bankruptcy Dept,    P.O. Box 5263,   Carol Stream, IL 60197-5263
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: gnau              Page 2 of 3           Date Rcvd: Jul 09, 2013
                              Form ID: pdf901         Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2013**                    **Signature:**    /s/ Joseph Speetjens

```
District/off: 0312-3          User: gnau              Page 3 of 3              Date Rcvd: Jul 09, 2013
                              Form ID: pdf901         Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2013 at the address(es) listed below:
        Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Allen David Wesley mail@njpalaw.com
        Candyce Ilene Smith-Sklar    on behalf of Debtor Veronica A Wesley mail@njpalaw.com
                                                                                                                  TOTAL: 2